Darcy M. Crum
Rebeck & Crum
An Association for The Practice of Law
300 Central Avenue, Suite 410
P. O. Box 2720
Great Falls, Montana 59403-2720
(406) 727-8400
State Bar I.D. Number 2886
Attorney for Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

---

In re: )
BLAKE THOMAS VETTER, ) Case No. 19-61155-7
 )
 Debtor. )

---

**APPLICATION TO APPROVE EMPLOYMENT OF PROFESSIONAL;
AND AFFIDAVIT**

---

The Application of Darcy M. Crum, attorney for the Trustee of the estate of the above-named Debtor, respectfully represents:

1. On November 15, 2019, Debtor filed a petition herein under Chapter 13 of the Bankruptcy Code. On November 15, 2019, the case was converted to Chapter 7.

2. On November 15, 2019, Darcy M. Crum was appointed the Chapter 7 Trustee.

3. Trustee wishes to employ Darcy M. Crum as attorney in this case;

4. Trustee has selected Darcy M. Crum for the following reasons:

    a. Darcy M. Crum is an attorney, duly licensed to practice law, member of the Montana Bar Association and of this Court, experienced in matters such as the captioned bankruptcy and thoroughly familiar with the present proceedings;

    b. At this time the case appears to have issues regarding two real property assets and Trustee believes it may be necessary to enter into and be involved in legal transactions involving these assets for the benefit of the estate.

5. The professional services that Darcy M. Crum is to render include legal work regarding the real property for the estate and other necessary legal work for the estate;

6. To the best of Applicant's knowledge, Darcy M. Crum has no connection with the creditors, or any other party in interest, or their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, and is a "disinterested person" as defined in 11 U.S.C. 101(14) except that Darcy M. Crum is a panel Trustee, is regularly assigned as the Trustee for Chapter 7 bankruptcy cases, and is regularly employed in various cases as the attorney for that case. She regularly consults with lawyers, accountants, and the U.S. Trustee's office in insolvency matters. Applicant is unaware of any such relationships affecting this case;

7. The terms of employment of Darcy M. Crum, agreed to by the Trustee, subject to the approval of the Court are:

   a. <u>Fees:</u> The payment for work performed with an hourly rate of $275.00 per hour. Compensation will be based upon normal and usual hourly billing rates and will be presented to the Court with an accounting of the services rendered;

   b. <u>Costs:</u> Compensation for costs incurred, as necessary;

   c. <u>Retainer:</u> A retainer of $0.00 has been paid to said professional,

8. Darcy M. Crum represents no interest adverse to Trustee or the estate in the matters upon which she is to be engaged, and her employment would be in the best interest of this estate.

WHEREFORE, Trustee prays that her employment of Darcy M. Crum under the terms specified be approved by the Court.

DATED this 19th day of November, 2019.

> */s/ Darcy M. Crum*_____
> Darcy M. Crum
> Attorney for Trustee

## AFFIDAVIT OF DISINTERESTED PARTY

STATE OF MONTANA )
: ss
County of Cascade )

Darcy M. Crum, being duly sworn upon her oath, deposes and states:

1. I am an attorney with the authority to practice law in the State of Montana and am currently an attorney with Rebeck & Crum, An Association for the Practice of Law;

2. I have no connections with the Debtor, creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee; and I am a "disinterested person" as defined in 11 U.S.C. § 101(14), except that I am a panel Trustee, regularly assigned as a trustee for Chapter 7 bankruptcy cases, and am regularly employed in various cases as the attorney for those cases. I regularly consult and work on cases with lawyers, accountants, and the U.S. Trustee's office in insolvency matters. I am unaware of any such relationship affecting this case.

3. I represent no interest adverse to the Debtor, or the estate in the matters upon which I am to be engaged;

4. I have received no retainer.

By: */s/ Darcy M. Crum*
Darcy M. Crum, Attorney

SUBSCRIBED AND SWORN to before me this 19th day of November, 2019.

*/s/ Kay Kilby Sullivan*
Printed name: Kay Kilby Sullivan
Notary Public for the State of Montana
(Notary Seal) Residing At: Great Falls, Montana
My Commission Expires: October 25, 2021