Darcy M. Crum
Rebeck & Crum
An Association for the Practice of Law
P.O. Box 2720
Great Falls, MT 59403-2720
(406) 727-8400
State Bar I.D. Number 2886
Attorney for Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| IN RE: | Case No. 19-61155-7 |
|---|---|
| BLAKE THOMAS VETTER, | |
| Debtor. | |

**NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY**

TO: THE U. S. TRUSTEE, DEBTOR, AND PARTIES IN INTEREST:

Notice pursuant to 11 U.S.C. § 554(a) is hereby given that the Trustee of the above-named Debtor's estate intends to abandon the following property as burdensome and of inconsequential value to the estate:

| Description of Item | Scheduled or Estimated Value | Amount Secured or Exempt | Lienholder Name and Address | Estimated Liquidation Expenses | * Net Value-Estate |
|---|---|---|---|---|---|
| 1601 5th Ave. N Great Falls, MT (4-plex Rental Unit) | $100,000.00 | $99,954.40 | Mr. Cooper 8950 Cypress Waters Blvd. Coppell, TX 75019 | $7,000.00 | $0.00 |
| 601 5th Ave. S Great Falls, MT (6-plex Rental Unit) | $100,000.00 | $96,031.07 | Ocwen Loan Servicing 1661 Worthington Rd Suite 100 West Palm Beach, FL 33409 | $7,000.00 | $0.00 |

Reason for Abandonment: Debtor listed these properties with realtor Kyle Haynie at Russell Country Realty in 2015. He was unable to sell either property. Upon being contacted again several months prior to the debtor's bankruptcy filing, Mr. Haynie was again unable to sell the properties. He had 2 different investors who were initially interested at the amounts of $230,000 and $215,000. There is a transient living in one of the apartments. Debtor has had no offers for either property. The liability against the rental units and the expenses of sale exceed the value of the rental units. There is no equity available to the estate.

Objections to the above abandonment must be filed in writing with the Court and served upon the United States Trustee (at 720 Park Blvd., Suite 220, Boise, ID 8712-7785) and the undersigned Trustee.

## NOTICE OF OPPORTUNITY TO RESPOND AND REQUEST A HEARING:

**If you object to the motion, you must file a written responsive pleading and request a hearing within seven (7) days of the date of the motion. The responding party shall schedule the hearing on the motion on December 13, 2019 and shall include in the caption of the responsive pleading in bold and conspicuous print the date, time and location of the hearing by inserting in the caption the following:**

>   **NOTICE OF HEARING**
>   **Date: _____**
>   **Time: _____**
>   **Location: _____**

**If no objections are timely filed, the Court may grant the relief requested as a failure to respond by any entity shall be deemed an admission that the relief requested should be granted.**

**Date: November 20, 2019**      **By** */s/ Darcy M. Crum*_____
              **Darcy M. Crum**

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify under penalty of perjury that the foregoing **NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY** was duly served by electronic means pursuant to the parties noted in the Court's ECF transmission facilities or first class mail, postage prepaid upon the following parties in interest, attorneys of record and parties who have filed special notice in this case as shown below on this 20th day of November, 2019.

Adrianna Medicine Horse
507 16th St. N.
Great Falls, MT 59401-1725

BENEFIS
500 15TH AVE. SO.
GREAT FALLS, MT 59405-4362

BENEFIS HEALTH SYS PHYS
C/O WELLS FARGO BANK
PO BOX 912613
DENVER, CO 80291-2613

BENEFIS HEALTHCARE
1101 26TH SOUTH
GREAT FALLS, MT 59405-5104

BENEFIS HEALTHCARE PRAC
2519 13TH AVE SOUTH
GREAT FALLS, MT 59405

BENEFIS HOSPITALS
PO BOX 5096
GREAT FALLS, MT 59403-5096

BENEFIS MEDICAL GROUP
PO BOX 6010
GREAT FALLS, MT 59406-6010

Capital One Bank, USA N.A.
General Correspondence
Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Cenlar Mortgage Central Loan Administration
Attn: Bankruptcy
425 Phillips Blvd
Ewing, NJ 08618-1430

Chase Card Services
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850-5298

Citibank/The Home Depot
Attn: Recovery
Centralized Bankruptcy
PO Box 790034
St Louis, MO 63179-0034

City of Great Falls Fiscal Services
2 Park Drive South
Room 104
Great Falls, MT 59401-4006

Comenity Bank/Victoria Secret
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218-2125

Darcy May
413 6th St. S.
Great Falls, MT 59405-1939

DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

ENERGY WEST
PO BOX 2229
GREAT FALLS, MT 59403-2229

Eric Crook
1601 5th Ave. N.
Great Falls, MT 59401-1711

IRS
PO BOX 7346
Philadelphia, PA 19101-7346

Ian Delorio
505 16th St. N.
Great Falls, MT 59401-1725

JESUSA VETTER
1704 19TH AVE. S.
GREAT FALLS, MT 59405-6129

Jason Grundhauser
601 5th Ave. S., #1
Great Falls, MT 59405-2064

Kelly Untersche
601 5th Ave. S., #3
Great Falls, MT 59405-2064

Michael Howard
601 5th Ave. S., #6
Great Falls, MT 59405-2064

Michael Roe
413 6th St. S.
Great Falls, MT 59405-1939

Montana Department of Revenue
Attn: Bankruptcy Specialist
PO Box 7701
Helena, MT 59604-7701

Montana Federal Credit
901 8th Ave. S.
Great Falls, MT 59405-2130

Mr. Cooper
Attn: Bankruptcy
8950 Cypress Waters Blvd
Coppell, TX 75019-4620

NORTHWESTERN ENERGY
40 EAST BROADWAY ST
BUTTE, MT 59701-9394

Ocwen Loan Servicing
Attn: Research/Bankruptcy
1661 Worthington Rd, Ste. 100
West Palm Beach, FL 33409-6493

Republic Services
1321 8th Ave. N.
Great Falls, MT 59401-1646

Republic Services
3201 15th St
Black Eagle, MT 59414-1089

Robert Lake
503 16th St. N.
Great Falls, MT 59401-1725

Stephanie Deshaw
503 16th St. N.
Great Falls, MT 59401-1725

World's Foremost Bank
Attn: Bankruptcy|
800 NW 1st St
Lincoln, NE 68521-4463

BLAKE THOMAS VETTER
1925 24TH AVE. S.
GREAT FALLS, MT 59405-6429

By /s/ Darcy M. Crum
Darcy M. Crum